

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2015

No. 04-14-00370-CR

Andres Ramon **JUAREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0937B
Honorable Mary D. Roman, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Pro se Response is hereby DENIED AS MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2015.

Keith E. Hottle
Clerk of Court